IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARION ROBINSON and
DR. VICTORIA AKINS-ROBINSON                                           PLAINTIFFS

V.                                          5:10CV00157 JMM

CHUBB CUSTOM INSURANCE
COMPANY                                                                DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by the parties, the case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of October, 2010.

_____
James M. Moody
United States District Judge